NUMBER 13-04-122-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

DAVID RIOS AND MARY ALICE RIOS,                               Appellants,

v.

TEXAS REGIONAL BANCSHARES, INC., ET AL.,                  Appellees.
___________________________________________________________________

On appeal from the 332nd District Court of Hidalgo County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellants, DAVID RIOS AND MARY ALICE RIOS, attempted to perfect an
appeal from an order entered by the 332nd District Court of Hidalgo County, Texas,
in cause number C-1392-00-F. The order in this cause was signed on December 4,
2003. A timely request for findings of fact and conclusions of law was filed on
December 29, 2003. Pursuant to Tex. R. App. P. 26.1, appellants’ notice of appeal
was due on March 3, 2004, but was not filed until March 4, 2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellants were advised that, if the defect was not
corrected within ten days from the date of receipt of this Court’s letter, the appeal
would be dismissed. To date, no response has been received from appellants.
         The Court, having examined and fully considered the documents on file,
appellants’ failure to timely perfect their appeal, and appellants’ failure to respond to
this Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Opinion delivered and filed this
the 6th day of May, 2004.